IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01386-ZLW

BURTON SANDLES,

    Applicant,

v.

DENVER DOWNTOWN CORRECTIONAL FACILITY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Applicant has filed on October 14, 2010, two motions (docs. #114 & 115) asking the Court to rule on his motions for an extension of time to file a motion for reconsideration of the Court's order dismissing this action. The pending motions (docs. #114 & 115) are DENIED because the Court has ruled on the motions for an extension of time.

Dated: October 15, 2010