**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01386-ZLW

BURTON SANDLES,

    Applicant,

v.

DENVER DOWNTOWN CORRECTIONAL FACILITY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant's "Motion of Clarification" (Doc. #125) filed on May 11, 2011, in which Applicant seeks to explain his prior filings in this action and in another action, is DENIED because Applicant does not request any action by the Court.

Dated:  May 13, 2011